FILED
2018 Jul-23  PM 02:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

Bruce Mitchell Nicholson )
_____ )      COMPLAINT
          Plaintiff )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
          -v- )
ADAM HARRISON, Dr. )      5:18-cv-01128-AKK-JEO
SONYA SHEDD, Nurse/Mgr. )
FloYD LEE, Warden )
)
)
_____ )
)
          Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Bruce Mitchell Nichelson |
| All other names by which you have been known: | |
| ID Number | 72348 |
| Current Institution | Cullman County Detention Center |
| Address | 1900 Beech Avenue S.E. |
| | Cullman ALABAMA 35055 |
| | *City*     *State*     *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Adam Harrison |
| Job or Title *(if known)* | Medical Doctor |
| Shield Number | |
| Employer | Harrison Medical Services L.L.C. |
| Address | 1900 Beech Ave. S.E. ~~Cullm~~ |
| | Cullman AL 35055 |
| | *City*     *State*     *Zip Code* |

☑ Individual Capacity ☐ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Sonya Shedd |
| Job or Title *(if known)* | Nurse / MANAGER |
| Shield Number | |
| Employer | Harrison Medical Services L.L.C. |
| Address | 1900 Beech Ave S.E. |
| | Cullman AL 35605 |
| | *City*     *State*     *Zip Code* |

■ Individual Capacity ☐ Official Capacity

Defendant No. 3

| | |
|---|---|
| Name | Floyd Lee |
| Job or Title *(if known)* | Captain / WARDEN |
| Shield Number | |
| Employer | Cullman County |
| Address | 1900 Beech Avenue S.E. |

| Cullman | | AL | 35505 |
|---|---|---|---|
| *City* | | *State* | *Zip Code* |

■ Individual Capacity     ■ Official Capacity

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

☐ Individual Capacity     ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐    Federal officials (a *Bivens* claim)

■    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The Eighth Amendment, cruel and unusual punishment
The Fourteenth Amendment, due process of law

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____ " See attachment " _____

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

■  Pretrial Detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other
    *(explain)*      _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Previous diagnosis of Degenerative Disk disease, chronic Lower back pain
Previous diagnosis of Chronic Obstructive Pulmonary disease

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

All events have arose at Cullman County Detention Center, Cullman Al.,
from initial intake in Jan. 2016 untill presently

4

Section II, Paragraph D. (Attachment)

<u>Cpt. Floyd Lee</u> in his Official capacity as Warden of Cullman County Detention Center, in charge of it's Day to Day Operation, its implementation of its Policies, Rules and Regulations, and the Supervision of its employees and contractors. Has acted under the Color of State Law, by virtue of carrying a Badge of Authority from the State of Alabama, the Cullman County Sheriff's Office. Has by a Policy of not allowing certain medications to be dispensed has violated my Eighth Amendment Right to adequate Medical care, and not to be subjected to cruel and unusual punishment.

<u>Dr. Adam Harrison</u> of Harrison Medical Services L.L.C. a Private Contractor with the State of Alabama, Cullman County Detention Center to provide Medical Care services under the color of State and local Law by his Authority of Office as attending Physician in charge of the Facilities Medical Clinic and employees, and as a representative of the County, has violated my Eighth Amendment Right to adequate Medical care, and not to be subjected to cruel and unusual punishment.

<u>Ms. Sonya Shedd</u>, Nurse/Manager of Harrison Medical Services L.L.C.. As Full-Time On Duty Nurse in charge of the management of the Facility Medical Clinic, State of Alabama, Cullman County, Cullman County Detention Ctr. and as a representative of the County, acting under the Color of State and local law, has violated my Eighth Amendment Right to adequate Medical Care, and not to be subjected to cruel and unusual punishment.

Section IV, paragraph A. (attachment)

Prior to My being incarcerated here at the Cullman County Detention Center, I was under the care of my family Doctor, Dr. Sarah Walker of Calera Family Health, Calera AL.. Based on Dr. Walkers research, diagnostic's and thourough examinations, She had diagnosed and subsequently treated me for the following; 1.) Degenerative Disk Disease and Chronic lower back pain, due to an occupational injury that resulted in the surgical removal of considerable portions of two lumbar disc's, L4 and L5, which has also resulted in the development of bone spurs. X-ray's and MRI's have also revealed a calcified mass attached to the spine. 2.) Scoliosis, a mild curvature of the spine in the upper back. 3) Chronic Obstructive Pulmonary Disease (C.O.P.D). I have had a history of lung related condition's since birth, have scarring of tissue in the lower lung region and am prone to occasional painful spasmodic attacks, shortness of breath and dizzyness 4) Hypertension, High Blood pressure 5) High Cholesterol 6) Hyatal Hernia. All these condition's could be confirmed by medical records. ("SEE Exhibit A")

Section IV. Paragraph II. B. (Attachment)
Supporting Facts

pg. 1

Beginning in January 2016, at intake at the U.S.
Marshall's Office, an initial screening was done of
Medical History and current medications taken.
Information is retained at Birmingham, AL Office.

Shortly thereafter also in Jan. 2016, at intake at
Cullman County Detention Center, a medical screening
was conducted by the facilities Medical Clinic where
a questionaire was filled out by me, providing all my
medical information, conditions and medications.

Several days later I was prescribed by the clinic
medications for High Blood pressure (Lysinopril) and
High Cholesterol (Prevachol). I informed the staff that
the lysinopril was tried in the past and proven to be
ineffective, but my attempt went unheeded.

Shortly thereafter at "date's and times unknown" I
started send complaints and request's to be seen
about the chronic back pain and also the adverse
effects of the blood pressure medicine, causing
muscle spasms (charley Horse) in my leg's, because
lysinopril has a diuretic quality. I was placed
on a water pill and tylenol. The tylenol was only
temporary.

Support Facts:

Over the weeks and months to come I know
I requested both verbally to staff and also
over the Kiosk messageing system repeatedly
about the back pain medication and the C.O.P.D.

I cant give exact date's and time's due to the
fact the Kiosk systems Provider and equipment
has changed. That information is not being made
available to me. And my request's have been met
with the response of "You can Subpoena that
information".

Some time later after my repeated complaints
I was finally seen by the medical Doctor and
tried to explain my serious condition and pain
that I was experiencing. I was informed of the
policy of the facility that, narcotic medications
were not permitted. I was prescribed ibuphrophen
twice a day as there treatment. Which was
highly ineffective. Also around this time the
Doctor requested some medical records from
Shelby Baptist Hospital about MRI's of
my lungs. These mri's are unrelated to my C.O.P.D.
and only show scarring of lung tissue and damaged
scilia.

Support Facts:

pg. 5

I Know that I went months constantly complaining about the pain, till finally at one point they brought me back to medical and subsequently changed me to Mobic. which is also highly ineffective for my level of pain

Not long after I requested a psychiatric evaluation because the languishing pain had gotten to the point of mental anguish and suffering. The Doctor had diagnosed me with depression and placed me on prescription Paxil. This Dr. is not the same Doctor in this complaint, but a Psychiatric Dr also under contract by the Detention facility.

Some time later, after repeated complaints, I requested a second opinion and a referral to a orthopedic Dr. I was scheduled and brought to an off-site Dr., specialty is unknown, it was a standard visit, vital signs were taken and a brief interview was conducted. I explained to the Dr. my history of back trouble and consequential procedures, surgery etc. Discussed the diagnosis of chronic conditions. This interview was conducted in the presence of Captain Floyd Lee who accompanied me to the Dr. Visit. He told the Dr. of the policy of not allowing prescription pain relief to inmates. No X-rays or further exam was Conducted. No treatment was provided. Continued complaints ensued.

NICHOLSON, BRUCE (00/00/1962) #HF60816205

## Patient Record for NICHOLSON, BRUCE

**Created On: February 05, 2018**

| Patient: | NICHOLSON, BRUCE<br>1525 COUNTY ROAD 38<br>Jemison, AL 35085<br>(205)857-2286 | MRN: | HF60816205 |
|---|---|---|---|
| Birthdate: | 00/00/1962 | Sex: | Male |
| Emergency Contact: | NICHOLSON, JAUNITA<br><br>(205)857-2286 | | |

NICHOLSON, BRUCE (09/30/1962) #HF60816205

**Encounters List**

| Service Date | Opened | Provider | Signed By | Cosigned By | Diagnosis |
|---|---|---|---|---|---|
| 11/18/2015 | 11/18/2015 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 11/04/2015 | 11/04/2015 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 08/31/2015 | 08/31/2015 | Belyeu, Angela | Belyeu, Angela | Walker Koziol, Sara | |
| 08/31/2015 | 08/31/2015 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 07/30/2015 | 07/30/2015 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 06/24/2015 | 06/24/2015 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 03/02/2015 | 03/02/2015 | Belyeu, Angela | Belyeu, Angela | Walker Koziol, Sara | |
| 09/29/2014 | 09/29/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 09/15/2014 | 09/15/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 08/21/2014 | 08/21/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 08/04/2014 | 08/04/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 05/13/2014 | 05/13/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 04/17/2014 | 04/17/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 04/01/2014 | 04/01/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |
| 03/20/2014 | 03/20/2014 | Walker Koziol, Sara | Walker Koziol, Sara | | |

NICHOLSON, BRUCE (XX/XX/1962) #HF60816205

| | | | | | | |
|---|---|---|---|---|---|---|
| **Patient:** | NICHOLSON, BRUCE(Male) 1525 COUNTY ROAD 38 JEMISON AL 35085 (205)857-2286* BNICHOLSON0265@YAHOO.COM | **DOB:** **Race:** **Language:** **Ethnicity:** | XX/XX/1962 (55) ,White English Not Hispanic or Latino | **Encounter ID:** **Primary Ins:** | 25744040 Blue Cross Blue Shield Alabama (BCBS AL) * | |
| **Location:** | Calera Family Health PO BOX 298 Florence, AL, 35631-0298 (205)668-0941 Ext: 7007 | **Provider:** | SARA R WALKER KOZIOL, MD | **Servicing Provider:** | Walker Koziol, Sara | |
| **DOS:** | 11/18/2015 | | | | | |

## Subjective

**Chief Complaint: hypertension, hyperlipidema, Urinary frequency, Discussed CT Chest**
**History of Present Illness - hypertension**

  **Quality**

   **Reported:** benign and chronic

  **Severity**

   **Reported:** mild

  **Duration**

   **Reported:** years

  **Context**

   **Reported:** pt is well controlled and stable with no cardio complaints at the present time

**History of Present Illness - hyperlipidema**

  **Quality**

   **Reported:** chronic

  **Severity**

   **Reported:** moderate

  **Duration**

   **Reported:** years

  **Context**

   **Reported:** pt is currently taking pravastatin 40 mg qd

**History of Present Illness - Urinary frequency**

  **Location**

   **Reported:** bladder

  **Context**

   **Reported:** denies any incontinence. had elevated WBC recently

**History of Present Illness - Discussed CT Chest**

  **Context**

   **Reported:** 4.2 cm suprarenal calcified mass. pt says has been there since 1998 but thinks it was 2 cm. he says he can't afford the copay of 200 to retest and wants to wait till the first of the year. says he isn't having any symptoms related to it

**Medication List**

  Lotrel 5 mg-20 mg capsule - 1 capsule(s) by mouth daily

  pravastatin 40 mg tablet - 1 tablet(s) by mouth at bedtime

  Prevnar 13 (PF) 0.5 mL intramuscular syringe - 1 syringe(s) intramuscular inject as directed

  tramadol 50 mg tablet - 1 tablet(s) by mouth three times a day as needed (PRN); back pain

Electronically Signed and Reviewed by WALKER KOZIOL, SARA 11/18/2015 17:34:37

NICHOLSON, BRUCE (08/26/1962) #HF60816205

Levitra 10 mg tablet - 1 tablet(s) by mouth daily; sample
ProAir HFA 90 mcg/actuation aerosol inhaler - 2 puff(s) inhale every 4-6 hours around the clock as needed (PRN); wheezing
Flonase 50 mcg/actuation nasal spray,suspension - 1 puff(s) in the nose every 12 hours around the clock
Spiriva with HandiHaler 18 mcg & inhalation capsules - 1 capsule(s) inhale daily
Ecotrin Low Strength 81 mg tablet,enteric coated - 1 tablet(s) by mouth daily

**Allergies**
Bactrim (Itching)
Chantix
Sulfa (Sulfonamides) (Itching)

**Social Hx**
**Tobacco:** Cigarettes (Current every day smoker)
**Alcohol:** Wine (Occasional)

**Medical Hx**
**Positive History**

The patient **reports** a history of Emphysema, Hypertension, calcified mass right upper quadrant attached to spine since 1998 CT chest 4.2 cm suprarenal mass benign in appearance and posterior to adrenal gland.

**Surgical Hx**
**Positive History**

The patient **reports** a history of Cholecystectomy, Laminectomy 2006.

**Family Hx**
**Father:**   (Alive) reports CAD.
**Mother:**   (Alive) reports CHF, Diabetes.
**Sister:**   (Alive) reports Alcoholism.
**Sister:**   (Alive)
**Brother:**   (Alive)

**Review of Systems**
**Constitutional**

**Reported:** pt is fasting Fatigue.
**Denied:** Chills. Decline In Health. Fever. Weakness. Weight gain. Weight Loss. Insomnia.

**Cardiovascular**

**Denied:** Chest Pain. Palpitations. High Blood Pressure. Recent Electrocardiogram. Short of Breath - Lying Flat. Swelling of Legs. Short of Breath - Exertion. Leg Pain - Walking. Heart Tests (Not EKG). Extremity(s) Discolored. Ulcers on Legs. Short of Breath - Sleeping.

**Gastrointestinal**

**Denied:** Abdominal Pain. Heartburn. Rectal Bleeding. Black Tarry Stools. Constipation. Diarrhea. Decreased Appetite. Rectal Pain. Vomiting Blood. Vomiting. Nausea.

**Psychiatric**

**Denied:** Depression.

**Genitourinary**

**Urinary**

**Reported:** Frequency.
**Denied:** Incontinence.

Electronically Signed and Reviewed by WALKER KOZIOL, SARA 11/18/2015 17:34:37

NICHOLSON, BRUCE (XX/XX/1962) #HF60816205

## Objective

**Vital Signs**

   **Blood Pressure**

      130/70 (Left Brachial, Sitting, Standard, Normal)

   **Pulse**

      72 (Left Radial, REGULAR rythm, Normal quality, Normal)

   **Respirations**

      16 (Normal quality, NORMAL rythm, Normal)

   **Temperature**

      97.2 F  (Right Tympanic Membrane, Normal)

   **Weight**

      160 lb

   **Height**

      5' 5.5"

   **BMI Flag**

      Overweight ( 26.2 )

**LABS - URINE: Urine Dipstick**

| Question | | Comments |
|---|---|---|
| Leukocytes | 0 | |
| Nitrite | 0 | |
| Urobilinogen | 0.2(3.5) | |
| Protein | 0 | |
| pH | 6.0 | |
| Blood | 0 | |
| Specific Gravity | 1.015 | |
| Ketone | 0 | |
| Bilirubin | 0 | |
| Glucose | 0 | |

**Physical Exam**

**Constitutional**

   The patient is awake, alert, well developed, well groomed and well nourished.

**Respiratory**

   **Auscultation**

      **Adventitious Sounds:** There are no crackles, wheezes, rhonchi, stridor or pleural rubs.

**Cardiovascular**

   **Heart Auscultation**

      The rate is normal, the rhythm is regular, S1 and S2 are normal, there are no murmurs, no gallops, and there are no rubs.

**Edema / PVD**

   **Edema**

      There is no pitting edema of the lower extremities.

**Gastrointestinal**

   **General**

      **Abdomen:** The abdomen is soft and non tender.

**Musculoskeletal**

Electronically Signed and Reviewed by WALKER KOZIOL, SARA 11/18/2015 17:34:37

NICHOLSON, BRUCE (XX/XX/1962) #HF60816205

### Gait Posture

The gait is normal the patient can walk several steps, then turn, and come back; balance is easy, the arms swing at the sides, and turns are accomplished smoothly.

## Assessment

### Diagnosis

R350 Frequency of micturition, ( Type: Acute )

I10 Essential (primary) hypertension, ( Type: Chronic )

R1901 Right upper quadrant abdominal swelling, mass and lump, ( Type: Chronic )

## Plan

### Procedures

99214 Office/outpatient Visit Est (1 UN)

G8427 Docrev Cur Meds By Elig Clin (1 UN)

81003 Urinalysis Auto W/o Scope (1 UN)

### Orders

| Ordering Provider | WALKER KOZIOL, S | Order Date 11/18/2015 16:42 | Result Status Order Complete | Result Date 11/23/2015 |
| Facility | | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| CULTURE, URINE, ROUTINE | | | | |
| | CULTURE, URINE, ROUTINE | | | |

| Ordering Provider | WALKER KOZIOL, S | Order Date 11/18/2015 15:57 | Result Status Created | Result Date |
| Facility | Calera Family Health | | | |

| Order | Test Name | In Range | Out Range | Result Comment |
|---|---|---|---|---|
| 81003 Urinalysis Auto W/o Scope | | | | |
| | 81003 Urinalysis Auto W/o Scope | | | |

### Follow-Up

keep f/u appt

### Problem List

Chronic Obstructive Lung Disease (disorder) (Onset: 03/20/2014 - Active, Type: Acute)

Precordial Pain (finding) (Onset: 03/20/2014 - Active, Type: Acute)

Degeneration Of Intervertebral Disc (disorder) (Onset: 03/20/2014 - Active, Type: Acute)

Sciatica (disorder) (Onset: 03/20/2014 - Active, Type: Chronic)

Injury Of Ulnar Nerve (disorder) (Onset: 03/20/2014 - Active, Type: Chronic)

Benign Essential Hypertension (disorder) (Onset: 03/20/2014 - Active, Type: Chronic)

Long-Term Drug Therapy (procedure) (Onset: 03/20/2014 - Active, Type: Chronic)

Gastroesophageal Reflux Disease (disorder) (Onset: 03/20/2014 - Active, Type: Acute)

Benign Neoplasm Of Heart (disorder) (Onset: 04/17/2014 - Active, Type: Acute)

Screening For Malignant Neoplasm Of Prostate (procedure) (Onset: 04/17/2014 - Active, Type: Acute)

Gastroesophageal Reflux Disease (disorder) (Onset: 04/17/2014 - Active, Type: Acute)

Spasm (finding) (Onset: 04/17/2014 - Active, Type: Acute)

Mixed Hyperlipidemia (disorder) (Onset: 05/13/2014 - Active, Type: Acute)

Mixed Hyperlipidemia (disorder) (Onset: 08/04/2014 - Active, Type: Acute)

Electronically Signed and Reviewed by WALKER KOZIOL, SARA 11/18/2015 17:34:37

NICHOLSON, BRUCE (09/30/1962) #HF60816205

| Patient: | NICHOLSON, BRUCE(Male) 1525 COUNTY ROAD 38 JEMISON AL 35085 (205)857-2286* BNICHOLSON0265@YAHOO.COM | DOB: Race: Language: Ethnicity: | 09/30/1962 (55) ,White English Not Hispanic or Latino | Encounter ID: Primary Ins: | 25274065 Blue Cross Blue Shield Alabama (BCBS AL) * |
|---|---|---|---|---|---|
| Location: | Calera Family Health PO BOX 298 Florence, AL, 35631-0298 (205)668-0941 Ext: 7007 | Provider: | SARA R WALKER KOZIOL, MD | Servicing Provider: | Walker Koziol, Sara |
| DOS: | 11/04/2015 | | | | |

## Subjective

**Chief Complaint: pain, hypertension, Copd**
**History of Present Illness - pain**

 **Location**

 **Reported:** upper and lower back

 **Quality**

 **Reported:** chronic

 **Severity**

 **Reported:** mild to moderate

 **Duration**

 **Reported:** years

 **Context**

 **Reported:** pt states his pain level today is a 2

**History of Present Illness - hypertension**

 **Quality**

 **Reported:** benign and chronic

 **Severity**

 **Reported:** mild to moderate

 **Duration**

 **Reported:** years

 **Context**

 **Reported:** pt is stable and well controlled at the present time

**History of Present Illness - Copd**

 **Context**

 **Reported:** doing well with inhalers. hasn't been able to quit smoking.

**Medication List**

 Lotrel 5 mg-20 mg capsule - 1 capsule(s) by mouth daily

 pravastatin 40 mg tablet - 1 tablet(s) by mouth at bedtime

 Prevnar 13 (PF) 0.5 mL intramuscular syringe - 1 syringe(s) intramuscular inject as directed

 tramadol 50 mg tablet - 1 tablet(s) by mouth three times a day as needed (PRN); back pain

 Levitra 10 mg tablet - 1 tablet(s) by mouth daily; sample

 ProAir HFA 90 mcg/actuation aerosol inhaler - 2 puff(s) inhale every 4-6 hours around the clock as needed (PRN); wheezing

 Flonase 50 mcg/actuation nasal spray,suspension - 1 puff(s) in the nose every 12 hours around the clock

 Spiriva with HandiHaler 18 mcg & inhalation capsules - 1 capsule(s) inhale daily

Electronically Signed and Reviewed by WALKER KOZIOL, SARA 11/04/2015 19:26:31

NICHOLSON, BRUCE (XX/XX/1962) #HF60816205

Tobacco Dependence Syndrome (disorder) (Onset: 09/15/2014 - Active, Type: Chronic)
Simple Chronic Bronchitis (disorder) (Onset: 06/24/2015 - Active, Type: Acute)
Malaise And Fatigue (finding) (Onset: 06/24/2015 - Active, Type: Acute)
Impotence Of Organic Origin (disorder) (Onset: 06/24/2015 - Active, Type: Acute)
Chronic Obstructive Bronchitis (disorder) (Onset: 07/30/2015 - Active, Type: Acute)
History Of - Asbestos Exposure (situation) (Onset: 07/30/2015 - Active, Type: Acute)
Chronic Kidney Disease Stage 2 Due To Hypertension (disorder) (Onset: 11/04/2015 - Active, Type: Chronic)
Chronic Kidney Disease Stage 2 (disorder) (Onset: 11/04/2015 - Active, Type: Chronic)

**Rendering Provider Signature**

Electronically Signed and Reviewed by WALKER KOZIOL, SARA 11/18/2015 17:34:37

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Consistantly from Initial intake at Correctional center untill presently, and all dates and times in between

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

improper initial screening by Nurses, inadequate and unproffessional Medical Care, Medical records of mine never used or requested in evaluation of care, deprivation of adequate medicine or dosages, deliberate indifferance to needs.

**V.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

prolonged and continual infliction of pain through extreme conditions of confinement, denial of proper medical care, unjust and undeserved infliction of suffering and harm, causing mental and emotional injury

**VI.   Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting an order declaring that the defendants have acted in violation of the United States Constitution

I am requesting an injunction compelling defendants to provide me with the lawfully prescribed medications for my diagnosed chronic ailments, to stop inflicting upon me the unecessary pain that are the results of these ailments, and to provide me with more humane care

I am requesting $100,000.00 as compensatory damages for pain and suffering. Requesting $50,000.00 as punitive damages for wanton infliction of pain from Dr. Adam Harrison. I am requesting $1.00 nominal damages from Sonya Shedd

5

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

■    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Cullman County Detention Center, Cullman, ALABAMA

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

■    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

■    Yes

☐    No

☐    Do not know

If yes, which claim(s)?

deprivation of adequate medical Care for Chronic Obstructive Pulmonary Disease and Chronic lower Back pain as result of Degenerative Disk Disease, mild scoliosis and a calcified mass attached to lower spine.

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   On the Provided Kiosk 'offender communication' application

2. What did you claim in your grievance?

   Chronic pain, in effective treatment, improper pain management

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Repeated attempts by the Provided Kiosk, offender communication application to gain information about the process of exhaustion through Alabama statute 14-15-4 "Administrative Remedies to Prisoners" and requesting what I need to do to appeal the Physicians and the Jail's decision's to not provide me with adequate care. As of this date and time I have still recieved no response. I am to assume that I have exhausted all my resources.

Section VII.
Exhibit "A"

Messaging to Medical Staff (KIOSK)  pg. 1
Copied from Offender Communication

4/10/2017  Sent: Chest discomfort, difficulty breathing, also Lower chronic
back pain getting more severe

4/11/17  Reply: •

4/13/2017  Sent: coughing, sneezing, runny nose, sore throat, achey all over

4/13/17  Reply: sick call today

4/16/2017  Sent: runny nose, coughing, sore throat, muscle weakness, symptoms persist

4/16/17  Reply: •

4/25/2017  Sent: Rash on Arm, also runny nose + itchy watery eyes

4/26/17  Reply: •

7/01/2017  Sent: not getting pain reliever 2x a day since moving

7/1/17  majority of Meds to evening. 15 mg. allowed

" "  Reply: forwarded request to Dr. Harrison

7/10/2017  Sent: would like to know why im not getting my Mobic twice
daily as Dr. Prescribed? 15 mg a day

7/10/17  Reply: Mr Nicholson your mobic was changed to 15 mg at night so
if the change hasn't already taken place it should with the next
pill cycle this week.

7/25/2017  Sent: Talk to Dr., about chronic back pain, degenerative
disk disease, why I can't get proper pain management/care?

7/26/17  reply: Will schedule you with M.D.

10/02/2017  Sent: Why are we having problems with Pill Call, staff's
refusal to ensure inmates recieve necessary meds?

10/3/17  Reply: Staff does morning, mid Day + night pill call, It is the inmates
responsibility to get up and come to the door. If you dont come it is considered
a refusal

10/25/2017  Sent: Lower back pain radiating out toward right hip, increasingly
uncomfortable

10/26/17  Reply: will put you on to see NP (Nurse practicioner)

11/8/2017  Sent: Naproxin not quite doing the job, laying around making it worse
I need some kind of Relief, HELP !!

pg. 2

11/08/2017, Sent: Naproxin not quite doing the job  (BACK PAIN)

   11/8/17, Reply: will put you on to see CRNP again

11/16/2017, Sent: See Medical about a rash, dry itchy broken skin, some bleeding. former complaint, gotten worse

11/16/17, Reply: Lotion, moisturizer, and hydrocortisone is available on Store NOTE: "INMATE IS INDIGENT, No Funds to purchase Items"

12/16/2017 Sent: Ankles are swelling, retaining water, need to see about starting water pill

   12/19/17 Reply: sick call Today

02/21/18 Sent: coming down with something, runny nose, achy chest congestion, need antibiotic, antihistamine

   2/22/18 Reply: sick visit today

02/28/18 Sent: was seen for runny nose, irritated throat, has gotten down into chest, coughing up yellow/green phlegm

   3/2/18 Reply: sick call today

03/15/2018 Sent: Previous request filed under classification (error) not forwarded apparently, about my C.O.P.D.

   3/16/18 Reply: Will add you to CRNP schedule

03/19/2018 Sent: Need to see about getting back on C.O.P.D medication, albuterol and spiriva, short of breath, dizzy

   3/19/18 Reply: You are scheduled to see Mid level this week

03/24/2018 Sent: Was wondering when I might recieve medication for Respiratory Issues

   3/25/18: Reply: it appears it should start on the 26th

04/08/2018 Sent: Still getting dizzy, out of Breath, easily tired need breathing medication

   4/9/18 Reply: sick call

04/08/2018 Sent: Have you heard anything from the Marshall's Office yet concerning my medication. Sent medical Records.

04/05/2018  Sent: Have you Heard anything from Marshalls Office

4/9/18  Reply: No we have not that I am aware of. You need to understand regardless regardless of what your lawyer says he is not a licensed Medical Doctor and we will not recieve orders for Medical Care from Him/her. Your Medical care will be proved (or not) under the direction of our medical Doctor only

Note: (No mention of Lawyer in my outgoing msg, this rant was undeserved and unwarranted)

04/09/2018  Sent: I understand Ms. Shedd. Your Doctor has access to my medical Records, but his indifference to my condition is intolerable. I have shown medical need. I dont understand that if the Federal Government is willing to Pay for my medications, why are you refusing to dispense them?

4/9/18  Reply: We dont refuse to dispense anything we have an order from our Doctor for. However it up to our Doctor to decide your Medical Care because he carries the license to do so. And there are medications that are not permitted in this facility. Your lawyer can have you moved to a facility that allows different medications but he can not tell us what to give you, he is not licensed to do so

Note: again no mention of Lawyer in any outgoing message apparently Albuteral (Rescue Inhaler) and Spiriva (Bronchial dialator) are not allowed.???

04/12/2018  Sent: (sent on 3/14/18) not forward untill or read untill 4/12/18 been having trouble breathing, been getting dizzy and also very tired at the least bit of exhertion, diagnosed with C.O.P.D, have not been getting my albuterol or Spiriva for over two years now   over→

04/12/2018 Sent: been having trouble breathing

4/12/18 Reply: recieved

04/13/2018 sent (sent 04/11/18 to classification, forward to medical on 04/12, recieved 04/13) Why do you become Medical Proffessional? Is it to help those in need? I thought you took an Oath to do no harm, yet I find my conditions getting ~~worse~~ progressivly worse, and your attitudes to the situation deliberately indifferent.

4/13/18 Reply: message Forwarded

04/14/2018 Sent: I am Formally Requesting copies of all my Medical Records in the Custody of this Facility and Doctor.

4/14/18 Reply: •

04/14/2018 Sent: I need Copies of any signed HIPPA (Privacy Act) release forms made by me to CVS pharmacy, or Calera Family Health Care

4/14/18 sent: You have never signed a HIPPA form for us. Two Years ago you signed a medical records release in which a staff member spoke with your Pharmacy to verify medications and we recieved your records from Shelby Baptist

04/14/2018 Sent: I am formally requesting a Computer Print out of all communication between me and the Medical Staff (note: the information which I am currently writing)

04/17/18 Reply: Ask Lt. Black if she is able to get that for you.

04/14/2018 Sent: I need a copy of any Administrative Remedies for Prisoners adopted by Harrison Medical L.L.C.

04/17/18 Reply: I will allow you to speak to him in person so there is no confusion

04/19/2018 sent: I have asked for Help and recieved none, the medical staff has based their diagnosis on absolutely no scientific facts whatso ever,

04/19/18 sent: (cont.) hooking my finger to a machine which tells blood/oxygen levels is not adequate to diagnosing my condition. You do not live in my body and you do not feel my pain, you have totaly negated me with out so much as putting a stethiscope on me. You are using and incident which happened over a relatively short period of time, 3 days, as your basis

04/19/18 Reply: Bruce, first of all sending these messages to every other area of this facility is ridiculous because they are going to come back to me. If you want to file a complaint elsewhere send it to Lt. Black or Cpt. Lee. However I have already made them aware of the entire situation. You are the one being ridiculous in the matter. You have been told to let us know when you feel the way you are describing so we can evaluate you at that time. Hower the only thing we have to go by is completely normal exams we have. When you decide to actually listen and not be so set to have your way you might understand we are trying to help you.

05/03/2018 sent: the reason why we have to send messages to Classification, is because we are only allowed this much!! (100 characters)

Section VII
Exhibit "B"

Other Communications
(Not Medical)
copied from Offender Communication

03/14/18 sent: (To classification) been having trouble breathing, been getting dizzy and also very tired at the least bit of exhertion, diagnosed with C.O.P.D., have not been getting my Albuterol, or Spiriva medications for over 2 years now

04/12/18 reply: Recieved

04/14/18 sent: (Sergeant on Duty) I need a copy of any Administrative Remedies for Prisoner's adopted by Cullman County Detention Center

4/15/18 reply: what exactly do you need   (by Sgt. Stout)

04/17/18 sent: Pursuant to Title 14, chapter 15, section 14-15-4 Alabama Statute, Administrative Remedies for Prisoners, shall be prominently posted and published to prisoners. I need a copy of these remedies. If not I am going to assume you have none

4/17/18 reply: will see about getting the needed info for you

04/14/18 sent: (to classification) I have made formal requests for all communications between me and the medical staff, also all medical records of mine in the custody of this Jail and Dr's Office, please see this request is honored

4/17/18 sent: You can Subpoena these   (by Lt. Black)

04/17/18 sent: (to Court/Legal) Alabama Statute 14-15-4, paragraph (a), Administrative Remedies for Prisoners, I need a copy of this.

4/17/18 reply: You have access to the legal library called Case Maker   (by Lt. Black)

04/18/18 Sent: (To Classification) Ala. code 14-15-4, Exhaustion of administrative remedies, paragraph (a) states; The Department an any Private Company or Contractor providing services within any Correctional Facility shall adopt administrative remedies for prisoners. The administrative remedies shall be PROMINENTLY POSTED AND PUBLISHED TO ALL PRISONERS. I need a copy of this, this your laws, I would expect you to abide by them

   04/19/18 reply: Case maker is available for you to utilize, or you may contact Your Lawyer for further legal matters

05/01/18 Sent: I need to Know the Formal Appeal process for the Jails and the Medical Clinics decision Not to provide me with the medication lawfully prescribed to me by my Medical Doctor for my conditions prior to being incarcerated at this facility
   5/18/18 as of date no reply

05/10/18 Sent: I gave a form to Mr. Gaines monday (5/07/18) that needed to be filled out and certified, have not got it back.
   05/12/18 reply: what was letter about?

05/12/18 Sent: the form was for commissary Account History, needed to be certified, Mr Gaines said left it with Sgt.
   5/16/18 reply: What paper are you talking about

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Several attempts to gain information about PLRA procedures, appeals, medical information, communications between myself and medical Dept.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

■   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

8

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

■   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition.   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | |
|---|---|
| Printed Name of Plaintiff | Bruce Mitchell Nicholson |
| Prison Identification # | 72348 |
| Prison Address | 1900 Beech Avenue S.E. |
| | Cullman                    ALABAMA          35055 |
| |         *City*                      *State*              *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 17, 2018
                              (Date)

            Bruce M Nicholson
Signature of Plaintiff