# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| BRUCE MITCHELL NICHOLSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:18-cv-01128-AKK-JEO |
| ADAM HARRISON, et al., | ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report on April 10, 2019, recommending the plaintiff's claims be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), except for the plaintiff's Fourteenth Amendment medical claims against defendants Harrison, Shedd, Gentry, and Lee, and the plaintiff's First Amendment retaliation claims against defendants Gentry and Lee. Doc. 21. The magistrate judge further recommended the plaintiff's remaining claims be referred back to the magistrate judge for further proceedings. *Id.* at 11. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court

**ORDERS** that all of the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915A(b)(1), **EXCEPT** for the plaintiff's Fourteenth Amendment medical claims against defendants Harrison, Shedd, Gentry, and Lee, and the plaintiff's First Amendment retaliation claims against defendants Gentry and Lee. The court further **ORDERS** that the remaining claims are **REFERRED** to the magistrate judge for further proceedings.

**DONE** the 3rd day of May, 2019.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE